UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
JOSE MEJIA, Individually, and On Behalf of :
All Others Similarly Situated, :
 :  Case No.: 1:22-cv-04184
            Plaintiff, :
 :
    vs. :
 :
 :  **NOTICE OF VOLUNTARY DISMISSAL**
 :
YEEHAWCOWBOY.COM, LLC, :
 :
            Defendant. :
 :
 :
_____ x

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Mejia hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant YeehawCowboy.com, LLC.

DATED:  August 25, 2022        **MIZRAHI KROUB LLP**

        /s/ Edward Y. Kroub
        EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*